**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-1061**

BELL ATLANTIC-WASHINGTON, DC, INCORPORATED,

Plaintiff - Appellee,

versus

SYED H. (NAYYAR) ZAIDI,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-97-467-A)

Submitted: May 14, 1998　　　　　　　Decided: May 26, 1998

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER,[*] Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Syed H. (Nayyar) Zaidi, Appellant Pro Se. Betty S.W. Graumlich, John Lyons Marshall, Jr., MCSWEENEY, BURTCH & CRUMP, Richmond, Virginia, for Appellee.

_____

[*] Senior Judge Butzner did not participate in consideration of this case. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Plaintiffs in their civil action and dismissing Appellant's counterclaims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bell Atlantic DC v. Zaidi</u>, No. CA-97-467-A (E.D. Va. Dec. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>